■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YAMILETTE HIDALGO, Appellant. [13 NYS3d 907]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed August 5, 2013, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of her right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Brown*, 122 AD3d 133 [2014]) and, thus, does not preclude review of her excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Sgroi, Miller and Barros, JJ., concur.